BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00038-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DEMOND JAMES HAYDEN, | |
| Defendant. | |

WHEREAS, on June 13, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Demond James Hayden, in the following property:

    a.   Hi-Point .45 caliber handgun, bearing serial number 432823,

|   |   |   |
|---|---|---|
| 1 | b. | Glock Model 22 .40 caliber handgun, bearing serial number BDS160US, |
| 2 | | |
| 3 | c. | Mossberg 500 12-gauge shotgun, bearing serial number P444071, |
| 4 | d. | Winchester Super X #6 Ammunition, 42 Rounds, and |
| 5 | e. | Shoebox of 9mm and .40 caliber Ammunition. |

AND WHEREAS, beginning on June 16, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-listed properties: Kern County Sheriff's Department, Patricia Ann Flohr, and Floyds Stores Inc.;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Demond James Hayden.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:    January 27, 2012**                     /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE